McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>RICARDO MADRIGAL,<br><br>                              Defendant. | CASE NO. 2:18-CR-216-GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: January 4, 2019<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on January 4, 2019.

2.      By this stipulation, defendant now moves to continue the status conference until February 22, 2019, and to exclude time between January 4, 2019, and February 22, 2019, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes the following: On October 30, 2018, the government produced approximately 50 pages of documents consisting of investigative reports and criminal history information. On December 21, 2018, the government produced and/or made available to the defense additional discovery consisting of approximately 46 pages of investigative reports and photographs; more than 16

1    hours of body camera video footage; and more than 10 hours of surveillance camera video

2    footage.

3         b)    Counsel for defendant desires additional time to review this discovery, to consult

4    with his client, and to otherwise prepare for trial.

5         c)    Counsel for defendant believes that failure to grant the above-requested

6    continuance would deny him the reasonable time necessary for effective preparation, taking into

7    account the exercise of due diligence.

8         d)    The government does not object to the continuance.

9         e)    Based on the above-stated findings, the ends of justice served by continuing the

10   case as requested outweigh the interest of the public and the defendant in a trial within the

11   original date prescribed by the Speedy Trial Act.

12        f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

13   et seq., within which trial must commence, the time period of January 4, 2019 to February 22,

14   2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

15   T4] because it results from a continuance granted by the Court at defendant's request on the basis

16   of the Court's finding that the ends of justice served by taking such action outweigh the best

17   interest of the public and the defendant in a speedy trial.

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1       4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3   must commence.

4       IT IS SO STIPULATED.

5

6

7   Dated:  December 27, 2018                      McGREGOR W. SCOTT
                                                   United States Attorney

8

9                                                  /s/ DAVID W. SPENCER
                                               DAVID W. SPENCER

10                                                 Assistant United States Attorney

11

12  Dated:  December 27, 2018                       /s/ JEROME PRICE
                                               JEROME PRICE

13                                                 Counsel for Defendant
                                               RICARDO MADRIGAL

14

15

16

17                               **FINDINGS AND ORDER**

18      IT IS SO FOUND AND ORDERED.

19      Dated:  January 2, 2019

20

21  _____

22  GARLAND E. BURRELL, JR.
    Senior United States District Judge

23

24

25

26

27

28