McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-216-GEB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| RICARDO MADRIGAL, | DATE: February 22, 2019 TIME: 9:00 a.m. COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for status on February 22, 2019.

2.     By this stipulation, defendant now moves to continue the status conference until April 26, 2019, and to exclude time between February 22, 2019, and April 26, 2019, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

        a)     The government has represented that the discovery associated with this case includes approximately 96 pages of investigative reports, photographs, and other documents; more than 16 hours of body camera video footage; and more than 10 hours of surveillance camera video footage. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

1    b)    Counsel for defendant desires additional time to review this discovery, to consult

2    with his client, and to otherwise prepare for trial.  In addition, counsel for the defendant begins a

3    trial today that is expected to last approximately two to three weeks.  Counsel for the defendant

4    will then be off work for the remainder of the month of March.

5    c)    Counsel for defendant believes that failure to grant the above-requested

6    continuance would deny him/her the reasonable time necessary for effective preparation, taking

7    into account the exercise of due diligence.

8    d)    The government does not object to the continuance.

9    e)    Based on the above-stated findings, the ends of justice served by continuing the

10    case as requested outweigh the interest of the public and the defendant in a trial within the

11    original date prescribed by the Speedy Trial Act.

12    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

13    et seq., within which trial must commence, the time period of February 22, 2019 to April 26,

14    2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

15    T4] because it results from a continuance granted by the Court at defendant's request on the basis

16    of the Court's finding that the ends of justice served by taking such action outweigh the best

17    interest of the public and the defendant in a speedy trial.

18    / / /

19    / / /

20    / / /

21    / / /

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  February 19, 2019                    McGREGOR W. SCOTT
                                             United States Attorney


                                             /s/ DAVID W. SPENCER
                                             DAVID W. SPENCER
                                             Assistant United States Attorney


Dated:  February 19, 2019                    /s/ JEROME PRICE
                                             JEROME PRICE
                                             Counsel for Defendant
                                             RICARDO MADRIGAL


# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  February 20, 2019


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge