McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-216-GEB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| RICARDO MADRIGAL, | DATE: June 21, 2019 |
| Defendant. | TIME: 9:00 a.m. COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on June 21, 2019.

2.      By this stipulation, defendant now moves to continue the status conference until August 16, 2019, and to exclude time between June 21, 2019, and August 16, 2019, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes approximately 96 pages of investigative reports, photographs, and other documents; more than 16 hours of body camera video footage; and more than 10 hours of surveillance camera video footage. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

1

        b)      Counsel for defendant desires additional time to review this discovery, to consult

2

with his client and conduct investigation regarding the charged offenses, and to otherwise

3

prepare for trial.

4

        c)      Counsel for defendant believes that failure to grant the above-requested

5

continuance would deny him the reasonable time necessary for effective preparation, taking into

6

account the exercise of due diligence.

7

        d)      The government does not object to the continuance.

8

        e)      Based on the above-stated findings, the ends of justice served by continuing the

9

case as requested outweigh the interest of the public and the defendant in a trial within the

10

original date prescribed by the Speedy Trial Act.

11

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12

et seq., within which trial must commence, the time period of June 21, 2019 to August 16, 2019,

13

inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

14

because it results from a continuance granted by the Court at defendant's request on the basis of

15

the Court's finding that the ends of justice served by taking such action outweigh the best interest

16

of the public and the defendant in a speedy trial.

17

/ / /

18

/ / /

19

/ / /

20

/ / /

21

/ / /

22

/ / /

23

/ / /

24

/ / /

25

/ / /

26

/ / /

27

/ / /

28

/ / /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  June 19, 2019

McGREGOR W. SCOTT
United States Attorney


/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney


Dated:  June 19, 2019

/s/ JEROME PRICE
JEROME PRICE
Counsel for Defendant
RICARDO MADRIGAL


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  June 21, 2019


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT