McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>        v.<br><br>RICARDO MADRIGAL,<br><br>               Defendant. | CASE NO. 2:18-CR-216-GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: August 16, 2019<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on August 16, 2019.

2.      By this stipulation, defendant now moves to continue the status conference until August 30, 2019, and to exclude time between August 16, 2019, and August 30, 2019, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

      a)      The government has represented that the discovery associated with this case includes approximately 96 pages of investigative reports, photographs, and other documents; more than 16 hours of body camera video footage; and more than 10 hours of surveillance camera video footage. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

1

        b)      Counsel for defendant desires additional time to review this discovery, to consult

2

with his client and conduct investigation regarding the charged offenses, and to otherwise

3

prepare for trial.

4

        c)      Counsel for defendant believes that failure to grant the above-requested

5

continuance would deny him the reasonable time necessary for effective preparation, taking into

6

account the exercise of due diligence.

7

        d)      The government does not object to the continuance.

8

        e)      Based on the above-stated findings, the ends of justice served by continuing the

9

case as requested outweigh the interest of the public and the defendant in a trial within the

10

original date prescribed by the Speedy Trial Act.

11

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12

et seq., within which trial must commence, the time period of August 16, 2019 to August 30,

13

2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

14

T4] because it results from a continuance granted by the Court at defendant's request on the basis

15

of the Court's finding that the ends of justice served by taking such action outweigh the best

16

interest of the public and the defendant in a speedy trial.

17

/ / /

18

/ / /

19

/ / /

20

/ / /

21

/ / /

22

/ / /

23

/ / /

24

/ / /

25

/ / /

26

/ / /

27

/ / /

28

/ / /

1          4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4          IT IS SO STIPULATED.

5

6

7    Dated:  August 9, 2019                                    McGREGOR W. SCOTT
                                                               United States Attorney

8

9                                                              /s/ DAVID W. SPENCER
                                                               DAVID W. SPENCER
10                                                             Assistant United States Attorney

11

12   Dated:  August 9, 2019                                    /s/ JEROME PRICE
                                                               JEROME PRICE
13                                                             Counsel for Defendant
                                                               RICARDO MADRIGAL

14

15

16                                      **FINDINGS AND ORDER**

17         IT IS SO FOUND AND ORDERED.

18         Dated:  August 14, 2019

19

20   _____

21   GARLAND E. BURRELL, JR.
     Senior United States District Judge

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT