1    McGREGOR W. SCOTT
     United States Attorney
2    DAVID W. SPENCER
     Assistant United States Attorney
3    501 I Street, Suite 10-100
     Sacramento, CA 95814
4    Telephone: (916) 554-2700
     Facsimile: (916) 554-2900
5

6    Attorneys for Plaintiff
     United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              CASE NO. 2:18-CR-216-GEB

12                     Plaintiff,           STIPULATION REGARDING EXCLUDABLE
                                            TIME PERIODS UNDER SPEEDY TRIAL ACT;
13          v.                              [PROPOSED] FINDINGS AND ORDER

14   RICARDO MADRIGAL,                      DATE: September 27, 2019
                                            TIME: 9:00 a.m.
15                     Defendant.           COURT: Hon. Garland E. Burrell, Jr.

16

17                                    **STIPULATION**

18          Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19   through defendant's counsel of record, hereby stipulate as follows:

20          1.      By previous order, this matter was set for status on September 27, 2019.

21          2.      By this stipulation, defendant now moves to continue the status conference until

22   November 1, 2019, and to exclude time between September 27, 2019, and November 1, 2019, under

23   Local Code T4.

24          3.      The parties agree and stipulate, and request that the Court find the following:

25                  a)      The government has represented that the discovery associated with this case

26   includes approximately 96 pages of investigative reports, photographs, and other documents;

27   more than 16 hours of body camera video footage; and more than 10 hours of surveillance

28

camera video footage. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time to consult with his client and conduct investigation regarding the charged offenses. In particular, defense counsel still needs additional time to obtain records related to the registration of the firearms at issue in this case.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 27, 2019 to November 1, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Stipulation Regarding Excludable Time
Periods Under Speedy Trial Act

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated: September 26, 2019                           McGREGOR W. SCOTT
                                                    United States Attorney


                                                    /s/ DAVID W. SPENCER
                                                    DAVID W. SPENCER
                                                    Assistant United States Attorney


Dated: September 26, 2019                           /s/ JEROME PRICE
                                                    JEROME PRICE
                                                    Counsel for Defendant
                                                    RICARDO MADRIGAL



## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: September 26, 2019



_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT