1  McGREGOR W. SCOTT
United States Attorney
2  DAVID W. SPENCER
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 2:18-CR-216-GEB

12                       Plaintiff,         STIPULATION REGARDING EXCLUDABLE
                                            TIME PERIODS UNDER SPEEDY TRIAL ACT;
13              v.                          [PROPOSED] FINDINGS AND ORDER

14  RICARDO MADRIGAL,                       DATE: November 1, 2019
                                            TIME: 9:00 a.m.
15                       Defendant.         COURT: Hon. Garland E. Burrell, Jr.

16

17                                 **STIPULATION**

18         Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20         1.      By previous order, this matter was set for status on November 1, 2019.

21         2.      By this stipulation, defendant now moves to continue the status conference until

22  November 15, 2019, and to exclude time between November 1, 2019, and November 15, 2019, under

23  Local Code T4.

24         3.      The parties agree and stipulate, and request that the Court find the following:

25                 a)      The government has represented that the discovery associated with this case

26  includes approximately 96 pages of investigative reports, photographs, and other documents;

27  more than 16 hours of body camera video footage; and more than 10 hours of surveillance

28

camera video footage. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time to consult with his client, review discovery, and conduct investigation regarding the charged offenses.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 1, 2019 to November 15, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  October 31, 2019                          McGREGOR W. SCOTT
                                                  United States Attorney


                                                  /s/ DAVID W. SPENCER
                                                  DAVID W. SPENCER
                                                  Assistant United States Attorney


Dated:  October 31, 2019                          /s/ JEROME PRICE
                                                  JEROME PRICE
                                                  Counsel for Defendant
                                                  RICARDO MADRIGAL


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  October 31, 2019


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge