HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
RICARDO MADRIGAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00216-WBS |
| Plaintiff, | **STIPULATION AND ORDER TO CONITNUE PRESENTENCE SCHEDULE AND JUDGMENT AND SENTENCING** |
| vs. | |
| RICARDO MADRIGAL, | |
| Defendant. | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through David Spencer, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorney for Ricardo Madrigal, that the Sentencing hearing may be continued to March 9, 2020. The reason for the continuance is to give defense counsel time to reply to the Government's opposition to his formal objections.

Probation is aware of this stipulation and does not oppose the request. The government has no objection or opposition to the continuance.

                                              Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

Date: February 13, 2020                */s/ Jerome Price*

| | |
|---|---|
| | JEROME PRICE |
| | Assistant Federal Defender |
| | Attorneys for Defendant |
| | ADAM E. JENKINS |
| Date: February 13, 2020 | McGREGOR W. SCOTT |
| | United States Attorney |
| | */s/ David Spencer* |
| | DAVID SPENCER |
| | Assistant U.S. Attorney |
| | Attorney for Plaintiff |

## ORDER

The Court, having received, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders the sentencing hearing reset for March 9, 2020 at 9:00 a.m.

Dated: February 13, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE